**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| LLOYD SLATER, | : | |
| Plaintiff, | : | Civ. No. 22-308 (RBK) (SAK) |
| v. | : | |
| PROSECUTOR PRICE FURFAIR, et al., | : | **MEMORANDUM & ORDER** |
| Defendants. | : | |

Plaintiff is proceeding with a *pro se* civil rights complaint. He was previously detained at the Cumberland County Jail in Bridgeton, New Jersey when he filed this action. Subsequently, however, mail sent to Plaintiff by this Court to his listed address was returned as undeliverable. (*See* Dkt. No. 2). Plaintiff is in violation of Local Civil Rule 10.1 which requires him to keep this Court advised of his updated address. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Therefore, this matter will be administratively terminated at the present time.

Accordingly, IT IS on this 14th day of February, 2022,

ORDERED by failing to provide the Court with his current address, Plaintiff has not complied with Local Civil Rule 10.1; and it is further

ORDERED as a result, the Clerk shall ADMINISTRATIVELY TERMINATE this case; and it is further

ORDERED if Plaintiff updates his contact information and satisfies the appropriate Rules, the Court will re-open this matter; and it is further

ORDERED the Clerk shall serve this order on Plaintiff by regular U.S mail at his last listed address of record.

          <u>s/ Robert B. Kugler</u>
          ROBERT B. KUGLER
          United States District Judge